IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| SAMUEL E. BENSON, III, d/b/a AAA AMBULANCE<br>Plaintiff, | §<br>§<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. 7:12-cv-00472 |
| ESO SOLUTIONS, INC., and INTERMEDIX CORPORATION<br>Defendants. | §<br>§<br>§<br>§ | |

## NOTICE OF SETTLEMENT

On March 21, 2013, the parties attended mediation on this matter. After a full day of mediation, the parties settled all matters in controversy.

 

Respectfully submitted,

BARRERA, SANCHEZ & ASSOCIATES, P.C.
10113 North 10th St., Suite A
McAllen, Texas  78504
Tel. (956) 287-7555
Fax. (956) 287-7711

By:      /s/ Marcus C. Barrera
       Marcus C. Barrera
       Texas Bar No. 00790271

       Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 22nd day of March, 2013, a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure on the following counsel of record:

David L. Ortega
Naman, Howell, Smith & Lee, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216

Joel E. Geary
Vincent Lopez Serafino Jenevein, PC
1601 Elm Street, Suite 4100
Dallas, Texas 75201

Adriana Cardenas
Atlas & Hall
818 W. Pecan
McAllen, Texas 78502

    /s/   Marcus C. Barrera
    Marcus C. Barrera